be constructed and operated by the applicant in, over, through, and upon the surface of Leslie street, in the city of Amsterdam, N. Y. No opinion. Application granted, and the following commissioners appointed: Hon. Joseph L. Moore, of Ft. Plain; B. Frank Diefendorf, of Canajoharie; and James A. Smeallie, of Amsterdam.

FONTANELLA, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Louis Fontanella against the New York Central & Hudson River Railroad Company. W. G. Cooke, of New York City, for appellant. R. A. Kutschbach, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FORD, Respondent, v. F. I. DU PONT DE NEMOURS CO., Appellant. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Harry Ford against F. I. Du Pont De Nemours Company. W. H. Button, of New York City, for appellant. E. R. Leavitt, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FORD, Appellant, v. FORD, Respondent. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by A. Brendan Ford against Robert E. Ford, as administrator, etc., of Patrick Ford, deceased. No opinion. Judgment affirmed, with costs.

FOREMAN v. NORDON CONST. CO. et al. (Action No. 3.) (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Stella Foreman against the Nordon Construction Company and others. No opinion. Judgment affirmed, with costs.

In re FORRESTER. (Supreme Court, Appellate Division, First Department. October 16, 1914.) In the matter of Frederick Forrester, deceased. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

In re FORRESTER. (Supreme Court, Appellate Division, First Department. October 16, 1914.) In the matter of Mary Forrester, deceased. No opinion. Motion granted, unless appellants comply with terms stated in order. Order filed.

FORTUNE, Appellant, v. GULF BREWING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Alden Fortune against the Gulf Brewing Company. No opinion. Judgment affirmed, with costs.

FOSTER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Holland Foster against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

FRANCES CO. v. WALDO. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the Frances Company against Rhinelander Waldo. No opinion. Motion granted, with $10 costs. Order filed.

FRANCIS, Appellant, v. MEIGHAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Nina H. Piffard Francis against Burton C. Meighan and another, as executors, etc. No opinion. Judgment affirmed, with costs.

FRANK v. GRUBER. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Adam Frank against Herbert B. Gruber. No opinion. Motion to withdraw appeal denied, without costs. See, also, 149 N. Y. Supp. 1082.

FRANK v. GRUBER. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Adam Frank against Herbert B. Gruber. No opinion. Motion granted, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1082.

FRANK v. GRUBER. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Adam Frank against Herbert B. Gruber. No opinion. Motion granted, without costs. Order filed. See, also, 149 N. Y. Supp. 1082.

FRANKLIN et al., Appellants, v. HOADLEY et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by William B. Franklin and another against Joseph H. Hoadley and others, impleaded with Joseph Leiter. E. L. Mooney, of New York City, for appellants. C. T. Terry, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 145 App. Div. 228, 130 N. Y. Supp. 47.

FRANKLIN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth De-

partment. October 21, 1914.) Action by Benjamin E. Franklin against the New York Central & Hudson River Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

FRESUSK, Respondent, v. PITTSBURGH CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Charles Fresusk against the Pittsburgh Contracting Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. See, also, 148 N. Y. Supp. 1116.

FRIEDLEY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 21, 1914.) Action by Mary E. Friedley, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

FUHRMANN, Respondent, v. NIAGARA GYPSUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Jacob Fuhrmann against the Niagara Gypsum Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, 148 N. Y. Supp. 1116.

GABRIEL, Respondent, v. GRAHAM, Appellant. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Harry W. Gabriel against Clinton Graham. T. T. Lane, of New York City, for appellant. E. S. Greenbaum, of New York City, for respondent. No opinion. Order affirmed with $10 costs and disbursements. Order filed.

GAFFEY et al., Appellants, v. TOWN OF NEWFIELD, Respondent. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Albert Gaffey and another against the Town of Newfield. No opinion. Motion denied. See, also, 163 App. Div. 66, 148 N. Y. Supp. 772.

GALE, Appellant, v. CORTLAND COUNTY TRACTION CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Cora D. Gale, as administratrix, etc., of Harray A. Gale, deceased, against the Cortland County Traction Company and another. No opinion. Judgment unanimously affirmed, with costs.

GALINA, Respondent, v. McGOVERN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Maria Galina, as administratrix, against Patrick McGovern and another. C. J. Heermance, of New York City, for appellants. H. A. Callan, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

GALLAGHER, Respondent, v. VAN BOSKERCK, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Loretta I. Gallagher against Elizabeth Van Boskerck. A. I. Elkus, of New York City, for appellant. E. A. Smith, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

GARDNER, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Joseph Gardner against Joseph O'Brien. No opinion. Judgment and order affirmed, with costs.

GAVAN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by James Gavan, as administrator, against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

GEBELEIN, Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Mary Gebelein against the City of New York, impleaded. T. Farley, of New York City, for appellant. J. B. White, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GEBER v. JOHN WANAMAKER, NEW YORK. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Joseph B. Geber against John Wanamaker, New York. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

GEORGE v. JOHNSON et al. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Mary E. George, individually and as executrix, etc., against Margaret J. Johnson, individually and as administratrix, etc. No opinion. Motion to dismiss appeal granted, without costs, on authority of Platz v. City of Cohoes, 8 Abb. N. C. 393.